**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                General Court Number
Clerk                                                                                                           415.522.2000

**March 20, 2012**

**CASE NUMBER:  CV 12-01065 MEJ**
**CASE TITLE:  JARED BANKS-v-JPMORGAN CHASE BANK**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Jeffrey S. White** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JSW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/20/12

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                                                                                                            Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                               Entered in Computer 3/20/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                       Transferor CSA