| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>Peter Obstler (SBN 171623)<br>peter.obstler@bingham.com<br>Zachary J. Alinder (SBN 209009)<br>zachary.alinder@bingham.com<br>Lucy Wang (SBN 257771)<br>lucy.wang@bingham.com<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br><br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. | ARTHUR D. LEVY (SB # 95659)<br>LAW OFFICE OF ARTHUR D. LEVY<br>445 Bush Street, Sixth Floor<br>San Francisco, CA 94108<br>Telephone: (415) 702-4550<br>Facsimile: (415) 814-4080<br>Email: arthur@yesquire.com<br><br>BRYAN KEMNITZER (SB # 66401)<br>JADE JURDI (SB # 273401)<br>KEMNITZER, BARRON & KRIEG, LLP<br>445 Bush Street, 6th Floor<br>San Francisco, California 94108<br>Telephone. (415) 632-1900<br>Facsimile: (415) 632-1901<br>Email: bryan@kbklegal.com<br>Email: jade@kbklegal.com<br><br>ELIZABETH S. LETCHER (SB # 172986)<br>NOAH ZINNER (SB #247581)<br>HOUSING AND ECONOMIC RIGHTS ADVOCATES<br>PO Box 29435<br>Oakland, California 94604<br>Telephone: (510) 271-8443<br>Facsimile: (510) 868-4521<br>Email: nzinner@heraca.org<br>Email: eletcher@heraca.org<br><br>Attorneys for Plaintiffs<br>JARED BANKS and LANDON COWAN<br>Individually and on Behalf of<br>All Others Similarly Situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JARED BANKS and LANDON COWAN, individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A., a national association; and DOES 1 through 20,<br><br>Defendants. | No. C-12-01065 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: MOTION PRACTICE AND CONTINUATION OF CASE MANAGEMENT CONFERENCE AS MODIFIED**<br>Date: June 15, 2012<br>Time: 1:30 p.m. |

STIPULATION AND [PROPOSED] ORDER RE: MOTION PRACTICE AND CONTINUATION OF CASE MANAGEMENT CONFERENCE; CASE NO. C 12-01065 JSW
A/74878601.1

1    Plaintiffs Jared Banks and Landon Cowan on the one hand, and Defendant JPMorgan
2  Chase Bank, N.A., on the other, through their counsel of record, (together the "Parties"),
3  consistent with Civ. L.R. 6, stipulate and jointly request the Court to order as follows:

## BACKGROUND FACTS

5    1.    Counsel for the Parties have conferred regarding case management and, in
6  particular, coordinating the briefing and hearing of impending motions. The Parties agree that
7  coordinating the briefing and hearing of impending motions would help conserve the resources of
8  the Court and the Parties.

9    2.    Defendant intends to file a Motion to Dismiss pursuant to Rule 12(b).

10   3.    Plaintiffs intend to file a Motion to Remand this action to state court.

11   4.    The Parties have agreed to the following briefing and hearing schedule for these
12 two motions:

| | |
|---|---|
| Motions to be filed by | April 13, 2012 |
| Oppositions to motions to be filed by | May 2, 2012 |
| Replies to oppositions to be filed by | May 14, 2012 |
| Proposed hearing date | ~~June 8, 2012~~ |

17   5.    Plaintiffs have extended Defendant's time to respond to the Complaint
18 accordingly. Plaintiffs have previously extended Defendant's time to respond to the Complaint
19 by 28 days.

20   6.    The initial Case Management Conference is currently set for June 15, 2012 at 1:30
21 p.m. While the briefing schedule for the motions would not technically interfere with the CMC
22 date, the Parties further agree that it would be advantageous and conserve the resources of the
23 Court and the Parties for the CMC to be continued for a period of four weeks so that the Parties
24 can prepare a Joint Case Management Conference Statement with the Court's rulings on the
25 motions in mind.

## STIPULATION

27   The Parties therefore agree, and propose to the Court, as follows:
28   7.    That the Case Management Conference currently scheduled for June 15, 2012 at

---

STIPULATION AND [~~PROPOSED~~] ORDER RE: MOTIONS PRACTICE AND CONTINUATION OF CASE
MANAGEMENT CONFERENCE; CASE NO. C 12-01065 JSW                                    2
A/74878601.1

1:30 p.m., be continued for a period of four weeks, to July 13, 2012, or to such other date as the Court may set.

8. All compliance dates that are related to the CMC, including Initial Disclosures, under the Federal Rules of Civil Procedure, Local Rules, or Orders of the Court be likewise extended by four weeks, or as otherwise set by the Court.

9. The briefing schedule for the Parties' proposed motions be as proposed in Paragraph 4 above and the hearings on the proposed motions be set for June 8, 2012, or as soon thereafter as the Court may set.

**IT IS SO STIPULATED.**

BINGHAM McCUTCHEN LLP

DATED: April 6, 2012  /s/ Zachary J. Alinder
Zachary J. Alinder
Attorney for Defendant
JPMORGAN CHASE BANK, N.A.

DATED: April 6, 2012  /s/ Arthur D. Levy
Arthur D. Levy
Attorney for Plaintiffs
JARED BANKS and LANDON COWAN

**Attestation**

Pursuant to Civil L.R. 5-4 and General Order 45 X(B), I, Zachary J. Alinder, hereby attest that the concurrence of all signatories has been obtained.

DATED: April 6, 2012  /s/ Zachary J. Alinder
Zachary J. Alinder

**ORDER**

Good cause appearing, it is hereby ordered that the Case Management Conference currently scheduled for June 15, 2012 at 1:30 p.m., shall be continued to ~~July 13, 2012~~ August 31, 2012 at 1:30 p.m. All compliance dates that are related to the CMC, including Initial Disclosures, under the Federal Rules of Civil Procedure, Local Rules, or Orders of the Court shall likewise be extended by four weeks. Further, the briefing and hearing schedule for the Parties' impending motions shall be as stipulated by the Parties above in Paragraph 4. with the exception that the hearing on the motions shall be July 6, 2012 at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 6, 2012

_____
Hon. Jeffrey S. White
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER RE: MOTIONS PRACTICE AND CONTINUATION OF CASE MANAGEMENT CONFERENCE; CASE NO. C 12-01065 JSW    4
A/74878601.1