| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>Peter Obstler (SBN 171623)<br>peter.obstler@bingham.com<br>Zachary J. Alinder (SBN 209009)<br>zachary.alinder@bingham.com<br>Lucy Wang (SBN 257771)<br>lucy.wang@bingham.com<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br><br>Attorneys for Defendant<br>JPMorgan Chase Bank, N.A. | ARTHUR D. LEVY (SB # 95659)<br>LAW OFFICE OF ARTHUR D. LEVY<br>445 Bush Street, Sixth Floor<br>San Francisco, CA 94108<br>Telephone:  (415) 702-4550<br>Facsimile:  (415) 814-4080<br>Email:  arthur@yesquire.com<br><br>BRYAN KEMNITZER (SB # 66401)<br>JADE JURDI (SB # 273401)<br>KEMNITZER, BARRON & KRIEG, LLP<br>445 Bush Street, 6th Floor<br>San Francisco, California 94108<br>Telephone. (415) 632-1900<br>Facsimile:  (415) 632-1901<br>Email:  bryan@kbklegal.com<br>Email:  jade@kbklegal.com<br><br>ELIZABETH S. LETCHER (SB # 172986)<br>NOAH ZINNER (SB #247581)<br>HOUSING AND ECONOMIC RIGHTS ADVOCATES<br>PO Box 29435<br>Oakland, California 94604<br>Telephone:  (510) 271-8443<br>Facsimile:  (510) 868-4521<br>Email:  nzinner@heraca.org<br>Email:  eletcher@heraca.org<br><br>Attorneys for Plaintiffs<br>JARED BANKS and LANDON COWAN<br>Individually and on Behalf of<br>All Others Similarly Situated |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JARED BANKS and LANDON COWAN, individually and on behalf of All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>   vs.<br><br>JP MORGAN CHASE BANK, N.A., a national association; and DOES 1 through 20,<br><br>   Defendants. | No. C-12-01065 JSW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR ONE-WEEK CONTINUANCE OF MOTION HEARINGS AS MODIFIED** |

Case No. C 12-01065 JSW
STIPULATED REQUEST AND [PROPOSED] ORDER FOR ONE-WEEK CONTINUANCE OF MOTION HEARINGS

Plaintiffs Jared Banks and Landon Cowan ("Plaintiffs"), on the one hand, and Defendant JPMorgan Chase Bank, N.A. ("Chase"), on the other, through their counsel of record, (together the "Parties"), pursuant to Civ. L.R. Rules 6-2 and 7-12, stipulate to, and respectfully request that the Court grant, their request to continue the hearing date for their motion to dismiss and motion for remand for one week.

## BACKGROUND FACTS

WHEREAS pursuant to the Stipulation and Order RE: Motions Practice and Continuation of Case Management Conference entered by this Court on April 6, 2012 (*see* Dkt. No. 13), Chase and Plaintiffs filed motions to dismiss and for remand on April 13, 2012 and the Court set the hearing for those motions on July 6, 2012 at 9:00 a.m.;

WHEREAS lead counsel for Chase has been ordered to mediation on behalf of Chase in another case currently pending in this Court (*McNeary-Calloway, et al. v. JPMorgan Chase Bank, N.A.*, et al., 11-CV-3058 JCS);

WHEREAS that mediation is currently scheduled to commence on July 5, 2012 in New York City, New York;

WHEREAS lead counsel for Chase in this case must be present for that mediation;

WHEREAS lead counsel for Chase in this matter is currently scheduled to be in New York through July 6, 2012 as a result of the mediation in the *McNeary* matter;

WHEREAS Chase has requested, and Plaintiffs have agreed to stipulate to, a one-week continuance of the motion hearing date to accommodate the conflict described above;

WHEREAS there has been one prior extension of the motion hearings in the Stipulation and Order (Dkt. No. 13) described above and the current requested continuance is only for one week and is not made for purposes of delay.

## STIPULATION

Accordingly, the Parties stipulate to, and respectfully request that the Court grant, a one week continuance of the hearings on Chase's Motion to Dismiss and Plaintiffs' Motion for

Case No. C-12-01065 JSW
STIPULATED REQUEST AND [PROPOSED] ORDER FOR ONE-WEEK CONTINUANCE OF MOTION HEARINGS
2

Remand, and thereby set both motions for hearing on July 13, 2012 at 9:00 a.m., or as soon thereafter as the Court may hear both motions.

**IT IS SO STIPULATED.**

BINGHAM McCUTCHEN LLP

DATED: June 13, 2012          /s/ Peter Obstler
                              Peter Obstler
                              Attorney for Defendant
                              JPMORGAN CHASE BANK, N.A.


DATED: June 13, 2012          /s/ Arthur D. Levy
                              Arthur D. Levy
                              Attorney for Plaintiffs
                              JARED BANKS and LANDON COWAN


### Attestation

Pursuant to Civil L.R. 5-4 and General Order 45 X(B), I, Peter Obstler, hereby attest that the concurrence of all signatories has been obtained.

DATED: June 13, 2012                            /s/ Peter Obstler
                                                Peter Obstler


### ORDER

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFOR,**

**IT IS SO ORDERED.** Chase's Motion to Dismiss and Plaintiffs' Motion for Remand shall now be set for hearing on ~~July 13, 2012~~ July 20, 2012 at 9:00 a.m.


DATED: June 14, 2012                    /s/ Jeffrey S. White
                                        Hon. Jeffrey S. White
                                        United States District Judge

Case No. C-12-01065 JSW
STIPULATED REQUEST AND [~~PROPOSED~~] ORDER FOR ONE-WEEK CONTINUANCE OF MOTION HEARINGS
3