1  BINGHAM MCCUTCHEN LLP
   Peter Obstler (SBN 171623)
2  peter.obstler@bingham.com
   Zachary J. Alinder (SBN 209009)
3  zachary.alinder@bingham.com
   Lucy Wang (SBN 257771)
4  lucy.wang@bingham.com
   Three Embarcadero Center
5  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
6  Facsimile: 415.393.2286
7
8  Attorneys for Defendant
   JPMorgan Chase Bank, N.A.
9

ARTHUR D. LEVY (SB # 95659)
LAW OFFICE OF ARTHUR D. LEVY
445 Bush Street, Sixth Floor
San Francisco, CA 94108
Telephone:  (415) 702-4550
Facsimile:  (415) 814-4080
Email:  arthur@yesquire.com

BRYAN KEMNITZER (SB # 66401)
JADE JURDI (SB # 273401)
KEMNITZER, BARRON & KRIEG, LLP
445 Bush Street, 6th Floor
San Francisco, California 94108
Telephone. (415) 632-1900
Facsimile:  (415) 632-1901
Email:  bryan@kbklegal.com
Email:  jade@kbklegal.com

ELIZABETH S. LETCHER (SB # 172986)
NOAH ZINNER (SB #247581)
HOUSING AND ECONOMIC RIGHTS
ADVOCATES
PO Box 29435
Oakland, California 94604
Telephone:  (510) 271-8443
Facsimile:  (510) 868-4521
Email:  nzinner@heraca.org
Email:  eletcher@heraca.org

Attorneys for Plaintiffs
JARED BANKS and LANDON COWAN
Individually and on Behalf of
All Others Similarly Situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JARED BANKS and LANDON COWAN,
individually and on behalf of All Others
Similarly Situated,

                    Plaintiffs,

          vs.

JP MORGAN CHASE BANK, N.A., a
national association; and DOES 1 through 20,

                    Defendants.

No. C-12-01065 JSW

**STIPULATED REQUEST AND
[PROPOSED] ORDER FOR ONE-
WEEK CONTINUANCE OF
MOTION HEARINGS AS MODIFIED**

STIPULATED REQUEST AND [PROPOSED] ORDER FOR ONE-WEEK CONTINUANCE OF MOTION
HEARINGS

Plaintiffs Jared Banks and Landon Cowan ("Plaintiffs"), on the one hand, and Defendant JPMorgan Chase Bank, N.A. ("Chase"), on the other, through their counsel of record, (together the "Parties"), pursuant to Civ. L.R. Rules 6-2 and 7-12, stipulate to, and respectfully request that the Court grant, their request to continue the hearing date for their motion to dismiss and motion for remand for one week.

## BACKGROUND FACTS

WHEREAS pursuant to the Stipulation and Order RE: Motions Practice and Continuation of Case Management Conference entered by this Court on April 6, 2012 (*see* Dkt. No. 13), Chase and Plaintiffs filed motions to dismiss and for remand on April 13, 2012 and the Court set the hearing for those motions on July 6, 2012 at 9:00 a.m.;

WHEREAS lead counsel for Chase has been ordered to mediation on behalf of Chase in another case currently pending in this Court (*McNeary-Calloway, et al. v. JPMorgan Chase Bank, N.A.*, et al., 11-CV-3058 JCS);

WHEREAS that mediation is currently scheduled to commence on July 5, 2012 in New York City, New York;

WHEREAS lead counsel for Chase in this case must be present for that mediation;

WHEREAS lead counsel for Chase in this matter is currently scheduled to be in New York through July 6, 2012 as a result of the mediation in the *McNeary* matter;

WHEREAS Chase has requested, and Plaintiffs have agreed to stipulate to, a one-week continuance of the motion hearing date to accommodate the conflict described above;

WHEREAS there has been one prior extension of the motion hearings in the Stipulation and Order (Dkt. No. 13) described above and the current requested continuance is only for one week and is not made for purposes of delay.

## STIPULATION

Accordingly, the Parties stipulate to, and respectfully request that the Court grant, a one week continuance of the hearings on Chase's Motion to Dismiss and Plaintiffs' Motion for

STIPULATED REQUEST AND [PROPOSED] ORDER FOR ONE-WEEK CONTINUANCE OF MOTION HEARINGS
2

1   Remand, and thereby set both motions for hearing on July 13, 2012 at 9:00 a.m., or as soon

2   thereafter as the Court may hear both motions.

3   **IT IS SO STIPULATED.**

4

5                                              BINGHAM McCUTCHEN LLP

    DATED:  June 13, 2012            /s/ Peter Obstler
6                                    _____
                                     Peter Obstler
7                                    Attorney for Defendant
                                     JPMORGAN CHASE BANK, N.A.
8

9   DATED:  June 13, 2012            /s/ Arthur D. Levy
                                     _____
10                                   Arthur D. Levy
                                     Attorney for Plaintiffs
11                                   JARED BANKS and LANDON COWAN

12

13                              **Attestation**

14          Pursuant to Civil L.R. 5-4 and General Order 45 X(B), I, Peter Obstler, hereby attest that

15  the concurrence of all signatories has been obtained.

16                                                /s/ Peter Obstler
    DATED: June 13, 2012            _____
17                                              Peter Obstler

18                              **ORDER**

19      **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING THEREFOR,**

20  **IT IS SO ORDERED.**  Chase's Motion to Dismiss and Plaintiffs' Motion for Remand shall now
                                     July 20, 2012
21  be set for hearing on ~~July 13, 2012~~ at 9:00 a.m.

22

23

24

25  DATED: _June 14, 2012_          _____
                                    Hon. Jeffrey S. White
26                                  United States District Judge

27

28
                                                        Case No. C-12-01065 JSW
    STIPULATED REQUEST AND [~~PROPOSED~~] ORDER FOR ONE-WEEK CONTINUANCE OF MOTION
    HEARINGS
    3